

| | | |
|---|---|---|
| **MORAINE FIRE DEPARTMENT** | Non-Emergency Operations | 100.5.13 Health and Wellness Physical |
| Standard Operating Guidelines | Page 1 of 4 | Revised: 04/01/2011 |


PLAINTIFF'S EXHIBIT A

## INTRODUCTION

In accordance with OAC-4123:1-21-07 (F)(1,2), the employer shall establish and provide a health-related fitness and wellness program that enables members to develop and maintain a level of health and fitness to safely perform their assigned functions. This program will not be punitive as the purpose of the program is to improve the health and well-being of the individual. It shall be the responsibility of all employees to actively participate in the fitness and wellness program.

In accordance with OAC-4123:1-21-02 (P)(3), all members who might be required to wear respiratory protection equipment shall be medically certified on an annual basis. The partial exam exceeds this requirement.

Cardiopulmonary health is essential for emergency responders. The Firefighter/EMS work environment can place employees in situations requiring maximizing their cardiopulmonary system. This is one reason why emergency response personnel shall participate in an annual fitness evaluation. Any failure in the employee's health may affect the health/safety of the firefighter, his/her co-workers, or the public we serve.

## PURPOSE

The purpose of this document is to establish a guideline to follow during "Health and Wellness Physicals."

## RESPONSIBILITY

1. All officers of the Moraine Fire Department are responsible to comply with and ensure that the personnel under their command are adequately trained, fully understand and comply with this guideline.
2. All members of the Moraine Fire Department have the responsibility to learn and follow this guideline.

## DEFINITIONS

**Fire Department Physician/MFD Physician** – A physician chosen by Moraine Fire Department (MFD will consult with the Moraine Professional Firefighters Association prior to selection) to independently evaluate all personnel as to their fitness for duty. The MFD Physician will make recommendation for each employee concerning exercise prescriptions to improve his/her overall health and wellness.
**Exercise Stress Test** – Refers to physically stressing the body through an exercise load and measuring the heart's response.
    1. Electrical activity of the heart is monitored while exercising using a Standard Bruce Protocol Stress Test.
    2. Blood pressure and pulse will be taken before, during and after the test.
**Pulmonary Function Test** – Refers to assessing the functional status of the lungs as it refers to:
    1. How much air volume can be forced out of the lungs (FVC).
    2. How fast the air in the lungs can be forced out of the lungs during a period of time (FEV1).



| | | |
|---|---|---|
| **Standard Operating Guidelines** | Non-Emergency Operations<br>Page 2 of 4 | 100.5.13 Health and Wellness Physical<br>Revised: 04/01/2011 |

**Note:** The exercise stress test and the pulmonary function test are important tools used by physicians and exercise specialists to:
1. Determine whether an individual is physically fit to perform essential job duties without undue risk of harm to self or others.
2. Detect any patterns of disease in the workforce that might indicate underlying work related problems.
3. Provide the firefighter and Fire Department Physician with information about current health status.
4. Provide a cost effective investment in the early detection, disease prevention and promotion of the firefighter.
5. Develop recommendations for exercise prescription and rehabilitation by the Fire Department Physician and the Peer Fitness instructors.
6. Comply with federal, state and local requirements. OAC 4123:1-21-02 (P)(3), OAC 4123:1-21-07 (F) and CFR 1910.134

**Fit for Duty Form** – Moraine Fire Department Physician determines all test results are within acceptable limits based on guidelines set prior to exam by the Moraine Fire Department.

**90 Days Fit for Duty Form** – A test(s) result was outside of normal range. No immediate risk is found but if left untreated could lead to serious health issues. (Example: Hernia or extremely high cholesterol.) The employee shall return to work, but he/she is responsible for notifying his/her family physician of the issue within 90 days. Documentation for the notification shall be obtained and given to the Moraine Fire Department Physician. A Fit for Duty Form will then be issued.

**Unfit For Duty** – A condition which requires immediate removal from active duty as a firefighter because the condition is of a nature that could cause injury to self or others.

## GUIDELINE

Members of the Moraine Fire Department will be provided the following:
1. A medical examination under the direction of a licensed medical practitioner with a background in occupational medicine (Fire Service Medicine preferred). A full medical exam will be provided annually for members 40 years of age and over and an abbreviated physical for members less than 40 years of age. Members less than 40 years of age will be given the OSHA Questionnaire and, after review by the MFD Physician, may be required to complete additional testing. Employees, at a minimum, will have to complete questionnaires supplied by the MFD Physician. A full physical for 40 years of age and over consists of:
    a. A Health Status and OSHA Respiratory Questionnaire
    b. Physical Exam
    c. CBC, CMP, LIPID, Urinalysis
    d. Vision
    e. Audio
    f. Pulmonary Function
    g. EKG
    h. Stool for Guiac
    i. Chest X-ray (every 3 years)
    j. Stress Test (Bruce Protocol)
    k. PSA (age 40 as a baseline, yearly at 50 or older or have primary relative with Hx of Prostate Cancer or those who are African American.

    l. TB testing
    m. Fitness Assessments

The MFD Physician will review results and issue an appropriate report to the MFD (Fit for Duty, 90 Day Fit for Duty, Unfit for Duty).

2. All health history will be the property of the MFD Physician and may only be leased to another party with consent of the employee.
3. Fire Department Members shall be declared:
    a. Fit for Duty – all tests in normal range
    b. 90 Day Fit for Duty – currently fit for duty, but test results indicate issues that if left untreated could result in serious health problems
    c. Unfit for Duty – employee cannot perform job functions without causing harm to themselves or co-workers
4. Copies of the Fit/Unfit for Duty forms shall be kept in the employee's personnel file.
5. The assigned Peer Fitness Trainer will schedule the physical examinations annually. Examinations will be completed on duty if at all possible. Any examination not completed on duty shall be approved in advance by a Chief Officer. Members who have had a comparable physical within 12 months (i.e. Pre-hire, HAZMAT, USAR) are not required to receive another physical but must provide copies of the necessary paperwork to the MFD physician or his/her designee.
6. If an employee is unable to attend a scheduled physical examination by the MFD Physician, the employees may:
    a. Schedule an alternative day (on shift) to complete a physical with the MFD Physician. This must be completed within 30 days of MFD scheduled exams.
    b. Choose another physician. If an employee chooses to have his/her own physician perform the required exam:
        i. Test results will be turned over to the MFD Physician for review and determination of fitness for duty. Acceptance of the test results will be subject to approval of the MFD Physician.
        ii. The employee will pay all cost. The employee may request reimbursement up to the amount the MFD currently pays for testing.
        iii. All reimbursement will be subject to approval by the Fire Chief or his designee.
        iv. The exam will be conducted in an off duty status. Said off duty time spent shall not be considered time worked and shall not be compensated.
        v. An employee has 60 days to complete the exam from the time the department schedules annual exams for personnel.

Members will either be given a designation of Fit for Duty, 90 Days Fit for Duty or Unfit for Duty.

What happens if the designation is 90 Days Fit for Duty?

The employee shall return to work but is responsible for notifying his/her family physician within a few days in order to complete the follow up process and have adequate documentation of family physician's resolution. Documentation of the notification shall be obtained and given to the Moraine Fire Department Physician. A Fit for Duty will then be issued.



| | | |
|---|---|---|
| **MORAINE FIRE DEPARTMENT** | Non-Emergency Operations | 100.5.13 Health and Wellness Physical |
| **Standard Operating Guidelines** | Page 4 of 4 | Revised: 04/01/2011 |

What happens if the examination results are abnormal?

If you are not given a 90 Day Fit for Duty designation, then an Unfit for Duty will be issued. You will be placed on sick leave until your status can be determined. (All leaves are subject to the conditions set forth in the collective bargaining agreement and the City Personnel Manual.) To return to unrestricted duty, a physician's release will be required.

- Continued Sick Leave – If the cause is not work related, and there is a prognosis for recovery and return to full duty, then the employee will continue on sick leave per the Union contract and/or personnel manual.
- Workers Compensation – If the cause is found to be the result of employment, then the employee will be placed on injury leave. BWC paperwork must be filed. Please follow current SOGs and the City Personnel Manual to complete and file all required paperwork.
- Light Duty – If light duty work is available and the employee is able to perform the required duties, then the employee may be placed on light duty.
- Light Duty with Rehabilitation – If the employee is working light duty and the department physician feels that rehabilitation would be beneficial, then a fitness program may be designed so the employee will return to regular duties in a timely manner.
- Other Options – You may be instructed to undergo further diagnostic testing and evaluation depending upon the reason for the test result abnormality.
    a. Other testing procedures may alleviate the negative findings of the stress test and pulmonary function test.
    b. Cost of further testing will be paid by the appropriate entity.

Firefighters continue to respond to emergency incidents that at times require extreme physical output and often result in physiological and psychological outcomes. Such situations over time can and do affect the overall health and fitness of firefighters. The ultimate goal of the wellness/fitness program is to improve the quality of life for all firefighters. The program seeks to prove the value of consistently investing wellness resources to maintain a fit, healthy and capable firefighter during his/her lifetime.

This SOG was approved by Chief Anthony Trick: _____ Date: 6/6/11