IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **DAVID LEE** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Case No. 3:13-cv-00222 |
| : | |
| **THE CITY OF MORAINE FIRE DEPARTMENT, et al.,** : | Judge Thomas M. Rose |
| : | |
| **Defendants.** : | |

**SUMMONS IN A CIVIL ACTION**

To:   Moraine Professional Firefighters Association, IAFF, Local 2981
    Michael Harris, President
    4747 South Dixie Drive
    Moraine, Ohio 45439

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address is:

Adam R. Webber, Esq.
Falke & Dunphy, LLC
30 Wyoming Street
Dayton, Ohio 45409

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____    _____
                    Signature of Clerk or Deputy Clerk