IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **DAVID LEE,** | : CASE NO. 13-CV-222 |
| **Plaintiff,** | : JUDGE THOMAS M. ROSE |
| vs. | : MAGISTRATE JUDGE |
| **THE CITY OF MORAINE FIRE DEPARTMENT,** *et al.*, | : SHARON L. OVINGTON |
| **Defendants.** | : |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN OMNIBUS
SUMMARY JUDGMENT BRIEF AND TO EXCEED PAGE LIMITATIONS**

Plaintiff respectfully requests that he be granted leave to file an omnibus brief responding and replying to all Defendants' summary judgment briefs.  Plaintiff also respectfully requests that he be granted leave to exceed the page limitation for that one brief.

Plaintiff is planning to file responsive briefs to each of the following:

- Doc. 40 – Defendant Moraine Fire's Memo. in Opp. to Plaintiff's MSJ;
- Doc. 43 – Defendant Union's Memo. in Opp. to Plaintiff's MSJ;
- Doc. 44 - Defendant Union's MSJ; and
- Doc. 45 – Defendant Moraine Fire's MSJ.

Plaintiff requests that he be permitted to combine all his responses into one brief, rather than repeating arguments across multiple briefs.  Because of the overlap in arguments between the

briefs, Plaintiff submits that it would improve readability, cut down on the total number of pages submitted, and simplify the Court's consideration of the issues.

Plaintiff further asks that he be granted leave to exceed the Court's page limitation for such an omnibus brief.  Plaintiff notes that such a brief would, of course, comply with Local Rule 7.2(a)(3).

Defendants' counsel has each stated their non-opposition to this request.  Attached hereto for the Court's convenience is a proposed Order, granting this Motion.

Date: November 4, 2014

                 Respectfully submitted,

                  /s/ Adam R. Webber_____
                 ADAM R. WEBBER, Esq.
                 Bar No. 0080900
                 Trial attorney for Plaintiff
                 FALKE & DUNPHY, LLC
                 30 Wyoming Street
                 Dayton, Ohio 45409
                 Tel.   937.222.3000
                 Fax   937.222.1414
                 Email:  webber@ohiolawyers.cc

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served upon the following this 4th day of November, 2014, via the Court's CM/ECF system:

EDWARD J. DOWD
DAWN M. FRICK
JOSHUA R. SCHIERLOH
Surdyk, Dowd & Turner Co., One Prestige Place, Suite 700
Miamisburg, Ohio 45342

JAMES H. GREER
TRISHA M. DUFF
Bieser, Greer & Landis, LLP
400 PNC Center
6 North Main Street
Dayton, Ohio 45402


MEGAN KATHLEEN MECHAK
Woodley & Mcgillivary LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005

/s/ Adam R. Webber
_____
Adam R. Webber (#0080900)
Attorney for Plaintiff