IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **DAVID LEE,** : | **CASE NO. 13-CV-222** |
| Plaintiff, : | |
| **vs.** : | **JUDGE THOMAS M. ROSE** |
| : | |
| **THE CITY OF MORAINE FIRE** : | **MAGISTRATE JUDGE** |
| **DEPARTMENT,** *et al.***,** : | **SHARON L. OVINGTON** |
| : | |
| Defendants. : | |
| : | |
| : | |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff David Lee, through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendant City of Moraine's Offer of Judgment to Plaintiff dated April 11, 2015, attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Adam R. Webber*_____
Adam R. Webber (0080900)
FALKE & DUNPHY, LLC
30 Wyoming Street
Dayton, Ohio  45409
Tel:     (937) 222-3000
Fax:    (937) 222-1414
Email: webber@ohiolawyers.cc
Trial Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been served upon the following this 22nd day of April, via the Court's CM/ECF system, via email, and via hand-delivery to:

EDWARD J. DOWD
DAWN M. FRICK
JOSHUA R. SCHIERLOH
Surdyk, Dowd & Turner Co., LPA
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458

                                            /s/ Adam R. Webber
                                            Adam R. Webber (#0080900)
                                            Attorney for Plaintiff