IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **DAVID LEE,** | : | CASE NO. 13-CV-222 |
| | : | |
| *Plaintiff,* | : | |
| | : | **JUDGE THOMAS M. ROSE** |
| vs. | : | |
| | : | **MAGISTRATE JUDGE** |
| **THE CITY OF MORAINE FIRE** | : | **SHARON L. OVINGTON** |
| **DEPARTMENT,** *et al.*, | : | |
| | : | |
| *Defendants.* | : | |

**PROOF OF SERVICE OF NOTICE OF ACCEPTANCE OF
DEFENDANT'S RULE 68 OFFER**

**Delivery by Hand Delivery**:

I, David Lee, declare that I am over the age of eighteen years. My address is 9129 Bunnell Hill Road, Dayton, Ohio 45458.

On, April 22, 2015, I served the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT by taking a true copy to the Office of Surdyk, Dowd & Turner Co., L.P.A. in a sealed envelope, the address is as follows:

> EDWARD J. DOWD
> DAWN M. FRICK
> JOSHUA R. SCHIERLOH
> Surdyk, Dowd & Turner Co., LPA
> 8163 Old Yankee Street, Suite C
> Dayton, Ohio 45458

1

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 22, 2015, at Montgomery County, Ohio.

_David B. Lee_         David B. Lee

Signature                         Type or Print Name

**Delivery by U.S. MAIL**:

I, Marie Rogers, declare that I am over the age of eighteen years. My address is 2403 Tarpon Bay Drive, Miamisburg, Ohio 45342.

On, April 22, 2015, I served the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT by placing true and correct copies of the above document(s) to be served by mail by personally placing and sealing said document(s) in an envelope or package suitable for mailing, addressed to the addressee(s) and including this firm's return address, and then, following ordinary office practice, placing said sealed envelope in the office's usual location for collection and mailing with the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 22, 2015, at Montgomery County, Ohio.

_Marie Rogers_  
Signature

MARIE ROGERS  
Type or Print Name

3