AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| David Lee, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  3:14-CV-222 |
| The City of Moraine Fire Department, et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Judgment shall be entered in the amount of $168,000.00, as against Defendant without Plaintiff's reinstatement to his former position with the City of Moraine. Plaintiff's reasonable costs and attorney fees accured as of April 13, 2015 in connection with the claims against Defendant are to be added.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas M. Rose   on a motion for
Offer of Judgment Pursuant to Federal Rules of Civil Procedure Rule 68(a)

Date:  4/24/15

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk